UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

**ORIGINAL**

Send  X
Enter ___
Closed ___
JS-5/JS-6 ___
Scan Only ___

**CASE NO.:** CV 06-0849 SJO (OPx)     **DATE:** June 30, 2006

**TITLE:** <u>FTC v. Universal Premium Servs., Inc. et al.</u>

========================================================================

**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                    Not Present
Courtroom Clerk                     Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**      **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                Not Present

========================================================================

**PROCEEDINGS (in chambers):**

**ORDER GRANTING FTC's MOT. TO STRIKE JURY DEMANDS OF DEFENDANTS BRIAN K. MACGREGOR, MEMBERSHIP SERVICES DIRECT, INC.**

On the Court's own motion, this matter, noticed for hearing on **Monday, July 10, 2006,** is hereby **TAKEN OFF CALENDAR**. Specifically, the Plaintiff seeks for an order:

1. Striking the demands for jury trial contained in the "Answer of Defendants Membership Services Direct, Inc. and Brian MacGregor to Plaintiff Federal Trade Commission's First Amended Complaint."

2. Withdrawing its Motion to Strike the Jury Demand with respect to Defendant Sidhu.

Here, Defendants MacGregor and Membership Services Direct, Inc. filed a statement of non-opposition to the instant motion.

On June 28, 2006, Plaintiff filed a Stipulation and Proposed Order noticing Defendant Sidhu's agreement to modify his "Answer to the First Amended Complaint and Demand for Jury Trial."

Based on the foregoing, IT IS HEREBY ORDERED AND DECREED that the Motion is GRANTED with respect to Defendants MacGregor and Membership Services Inc's Demand

DOCKETED ON CM
JUL 3 - 2006
BY

Page 1 of  2

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Send:
Enter
Closed
JS-5/JS-6
Scan Only

**CASE NO.:** <u>CV 06-0849 SJO (OPx)</u>   **DATE:** <u>June 30, 2006</u>

for Jury Trial. Defendants MacGregor, Membership Services Inc., and Sidhu's Demand for Jury Trial is stricken.

    IT IS SO ORDERED.